AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Natalie Morris, et al., on behalf of herself and all others similarly situated, *Plaintiff*<br>v.<br>Nationwide Children's Hospital,<br>*Defendant* | )<br>)<br>) Civil Action No. 2:20-cv-3194<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Court grants the Parties' Joint Motion for FLSA Settlement Approval and Dismissal. The claims are dismissed with prejudice. This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 11/5/2021

CLERK OF COURT

*Theresa J. B*___
Signature of Clerk or Deputy